# United States Court of Appeals
## For the First Circuit

No. 02-2307

KATHLEEN E. BANDERA,

Plaintiff, Appellee,

v.

CITY OF QUINCY; JAMES SHEETS, MAYOR;
THOMAS FRANE, POLICE CHIEF,

Defendants, Appellants.

ERRATA

The opinion of this Court, issued on September 12, 2003, should be amended as follows:

On page 11, footnote 2, line 4, replace "<u>Continental</u>" with "<u>Cont'l</u>".  Also, on line 6 of same footnote, insert "1" before "<u>Farnsworth</u>".